UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL PHELPS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:11-CV-00801-PMP-LRL |
| COX COMMUNICATIONS LAS VEGAS, INC., | ) ) ) ) | O R D E R |
| Defendant. | ) ) | |

Presently before the Court is Defendant Cox Communication Las Vegas, Inc.'s Motion for Partial Reconsideration (Doc. #36), filed on January 4, 2012. Plaintiff Michael Phelps filed an Opposition (Doc. #38) on January 19, 2012. Defendant filed a Reply (Doc. #40) on January 30, 2012. Defendant filed a Motion for Hearing (Doc. #41) on January 30, 2012. Plaintiff filed a Motion to File a Supplement and Sur-reply (Doc. #43) on February 1, 2012.

Having read and considered the filings before the Court, the Court will deny Defendant's Motion for Partial Reconsideration, and the Court will deny Defendant's Motion for Hearing and Plaintiff's Motion to File a Supplement and Sur-reply as moot.

IT IS THEREFORE ORDERED that Defendant Cox Communication Las Vegas, Inc's Motion for Partial Reconsideration (Doc. #36) is hereby DENIED.

///

///

///

IT IS FURTHER ORDERED that Defendant's Motion for Hearing (Doc. #41) and Plaintiff's Motion to File a Supplement and Surr-reply (Doc. #43) are hereby DENIED as moot.

DATED: February 2, 2011

_____
PHILIP M. PRO
United States District Judge