UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL PHELPS,<br><br>    Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC.,<br><br>    Defendant. | 2:11-CV-00801-PMP-CWH<br><br><u>ORDER</u> |

      On December 22, 2011, the Court entered an Order (Doc. #35) granting Plaintiff's Motion to Remand (Doc. #17) to State court. The Court further ordered that counsel for Plaintiff file an affidavit and itemization of costs and attorney's fees incurred solely with respect to Defendant's removal.

      On January 11, 2012, Leon Greenberg, Esq., counsel for Plaintiff Phelps, filed the Affidavit ordered by the Court (Doc. #37). On January 23, 2012, Defendant filed its Objection to the Affidavit of Plaintiff's Counsel (Doc. #39).

      Having read and considered the foregoing, the Court finds that the Affidavit of Plaintiff's counsel supports Plaintiff's request for attorneys fees in the total amount of $13,725.00.

/ / /

**IT IS THEREFORE ORDERED** that this Defendant shall pay, not later than **March 8, 2012** within which to pay to Plaintiff the sum of $13,725.00 as and for attorney's fees.

DATED: February 6, 2012.

_____
PHILIP M. PRO
United States District Judge