AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Michael Phelps,

                 Plaintiff,

V.

Cox Communications Las Vegas, Inc.,

                 Defendant.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:11-cv-00801-PMP -CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Defendant Cox Communications Las Vegas, Inc. shall pay, not later than March 8, 2012 within which to pay to Plaintiff Michael Phelps the sum of $13,725.00 as and for attorney's fees.

February 6, 2012                                          /s/ Lance S. Wilson

Date                                                                     Clerk

                                                                                       /s/ Aaron Blazevich

                                                                                  (By) Deputy Clerk